[No. 30532-8-I.     Division One.     May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELL ALSUP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-06548-5, Arthur E. Piehler, J., entered

March 20, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ. Withdrawn July 25, 1994. See 75 Wn. App. 128.